# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| SUSAN PATTERSON,<br><br>   Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; REDLANDS COMMUNITY HOSPITAL VOLUNTARY GROUP LIFE INSURANCE PLAN,<br><br>   Defendants. | Case No. ED CV 13-00211 JGB (OPx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. ED CV 13-00211 JGB (OPx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  January 15, 2014

_____
Hon. Jesus G. Bernal
Judge, United States District Court